UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ELANOR TEDONE,

           Plaintiff,

-against-

H.J. HEINZ COMPANY
OWENS-ILLINOIS, INC. d/b/a
OWENS-BROCKWAY GLASS CONTAINERS
and MGM MIRAGE INC., d/b/a BORGATA
HOTEL CASINO & SPA,

           Defendants.

07 CIV. 4111

**RULE 7.1 DISCLOSURE**

---

Defendants, OWENS-ILLINOIS d/b/a OWENS-BROCKWAY GLASS CONTAINERS by their attorneys, Goldberg Segalla LLP, pursuant to Rule 7.1 of the Federal Rules of the Civil Procedure, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, certifies the following:

The common stock of defendant Owens-Illinois, Inc. is traded on the New York Stock Exchange. Owens-Illinois, Inc. does not have any parent corporations. As of February 15, 2007, AXA Financial Inc. owned 15.0%, Massachusetts Financial Service Company owned 12.3% and Janus Capital Management LLC owned 11.8% of the outstanding shares of Owens-Illinois, Inc.'s common stock. No publicly held corporation owned 10% or more of the outstanding shares of Owens-Illinois, Inc.'s common stock

Dated:    White Plains, New York
             May 25, 2007

Yours, etc.,

_____
Brian T. Stapleton, Esq. (BS- 5640)
Frank J. Ciano, Esq. (FC-4981)
GOLDBERG SEGALLA LLP
**Attorneys for Defendants**
170 Hamilton Avenue, Suite 203
White Plains, New York 10601
Phone: (914) 798-5400
Fax:    (914) 798-5401
GS File No.: 12097.0006



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

TO:    JASNE & FLORIO
525 N. Broadway, Suite 222
White Plains, New York 10603
(914) 997-1212
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2007, I electronically filed the foregoing Rule 7.1 Disclosure with the Clerk of the Southern District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

JASNE & FLORIO
525 N. Broadway, Suite 222
White Plains, New York 10603
(914) 997-1212
*Attorneys for Plaintiff*

Dated: White Plains, New York
May 25, 2007

Yours, etc.,

Brian T. Stapelton, Esq. (BS-5640)
Frank J. Ciano, Esq. (FC-4981)
GOLDBERG SEGALLA LLP
**Attorneys for Defendants**
170 Hamilton Avenue, Suite 203
White Plains, New York 10601
(914) 798-5400
GS File No.: 12097.0006

78149.1