UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELANOR TEDONE,

                              Plaintiff,

v.

H.J. HEINZ COMPANY, OWENS-ILLINOIS, INC.
d/b/a OWENS-BROCKWAY GLASS CONTAINERS
and MGM MIRAGE INC., d/b/a BORGATA
HOTEL CASINO & SPA

                              Defendants.

Civil Case No.: 07-CV-4111
(WP4)(MDF)

## NOTICE OF ATTORNEY APPEARANCE

**PLEASE TAKE NOTICE** that Brian T. Stapleton, Esq., hereby appears as counsel for Defendants Owens-Illinois, Inc. d/b/a Owens-Brockway Glass Containers, in the above-entitled action in the place and stead of Frank J. Ciano, Esq., and pursuant to the Federal Rules of Civil Procedure, requests that all notices given or required to be given in this case and all papers served or required to be served including those required to be served and noticed through the Court's Electronic Court Filing system (ECF) in this case be given to and served upon the undersigned.

Dated: May 30, 2007
       White Plains, New York

                              **GOLDBERG SEGALLA LLP**
                              Attorneys for Defendants,
                              Owens-Illinois, Inc. d/b/a
                              Owens-Brockway Glass Containers

                              By:_____
                              Brian T. Stapleton, Esq. (BS-5640)
                              170 Hamilton Ave., Suite 203
                              White Plains, New York 10601-1717
                              (914) 798-5400
                              bstapleton@goldbergsegalla.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ELANOR TEDONE,

        Plaintiff,

v.

H.J. HEINZ COMPANY, OWENS-ILLINOIS, INC.
d/b/a OWENS-BROCKWAY GLASS CONTAINERS
and MGM MIRAGE INC., d/b/a BORGATA
HOTEL CASINO & SPA,

        Defendants.

Civil Case No.: 07-CV-4111
(WP4)(MDF)

---

### CERTIFICATE OF SERVICE

  I hereby certify that on May 30, 2007, I electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

JASNE & FLORIO
Attorneys for Plaintiff
525 N. Broadway, Suite 222
White Plains, New York 10603
(914) 997-1212

By: _/s/ Brian T. Stapleton_
   Brian T. Stapleton, Esq.

78368.1