UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ELEANOR TEDONE,             Docket No.:07 CIV 4111
                                                                                (LMS/MDF/GAY)
                          Plaintiff,

                -against-                                 **Rule 26(a)(1)**

H.J. HEINZ COMPANY, OWENS-ILLINOIS, INC. d/b/a
OWENS BROCKWAY GLASS CONTAINERS, and
MGM MIRAGE INC. d/b/a BORGATA HOTEL CASINO
& SPA,

                              Defendants.
------------------------------------------------------------------------X

       In accord with Fed. R. Cive. P. 26(a)(1), defendant MARINA DISTRICT DEVELOPMENT COMPANY i/s/h/a MGM MIRAGE INC. d/b/a BORGATA HOTEL CASINO & SPA by its attorneys, CAMACHO MAURO MULHOLLAND, LLP, hereby discloses to all interested parties, the following:

     1.        Borgata Hotel Casino & Spa is located at One Borgata Way, Atlantic City, New Jersey, 08401.

     2.        Counsel of Record for MARINA DISTRICT DEVELOPMENT COMPANY i/s/h/a MGM MIRAGE INC. d/b/a BORGATA HOTEL CASINO & SPA is CAMACHO MAURO MULHOLLAND, LLP, 350 Fifth Avenue, Suite 5101, New York, New York, 10118.

     3.        Witnesses to the incident include; Security Officer Crossman, and Medical Unit Representative, Pamela Higbiern.

     4.        Attached hereto as **Exhibit A** is a copy of the Incident Report. Attached hereto as **Exhibit B** is a copy of the Customer Injury/Illness Report.

Dated: New York, New York
      August 2, 2007

CAMACHO MAURO MULHOLLAND, LLP

_____
Eric S. Malinowski, Esq.
Attorneys for Borgata Hotel Casino & Spa
350 Fifth Avenue - Suite 5101
New York, New York  10118
(212) 947-4999
Our File No.: BORY-1777-E

To:  (See Affidavit attached)

# EXHIBIT "A"

| Incident File Full Report | Incident File #IN20050000813 |

## INCIDENT DATA

| | | | |
|---|---|---|---|
| **Date/Time Occurred:** | February 20, 2005  14:58 | **Incident Status:** | Closed |
| **Date/Time Created:** | February 20, 2005  14:58 | **Created By:** | mpabon |
| **Property:** | Borgata | **Location:** | Hotel |
| | | **Sublocation:** | Hotel Tower - Floor 42 |

**Type:** Medical

**Specific Category:** Injured Customer

**Details:**  ORIGIN AND DETAILS:

On Sunday, February 20, 2005 at approximately 1400 hours, Guest Eleanor A. Tedone notified the medical unit in reference to her accidentally cutting her finger opening a ketchup bottle. Security Control dispatched Security Officer Crossman to room 4255. Tedone was complaining of her a cut on her left pinky and a superficial cut on the palm of her right hand.

ACTIONS TAKENS:

Upon arrival, Crossman observed Tedone holding her left hand stating, "I was just sitting down getting ready to eat when I opened up the ketchup bottle it busted in my hand." Tedone was escorted to the Medical Unit via foot by Officer Crossman. Medical Unit representative Pamela Higbiern treated and explained to Tedone that she needed to get stitches on her left pinky. Higbiern notified Brigantine Taxi via telephone to respond to the Talent Entrance to transport Tedone to Atlantic City Medical Center. Tedone was escorted via foot to her room to change her clothes, to Borgata Collections and to the Talent Entrance. Tedone was questioning her retrieving a copy of the Security Report, a copy of the pictures from Security, but was denied and was issued Risk Management number. (Broken Ketchup bottle was held for evidence)

NOTE:

The small ketchup bottles from Room Service are used just use once until empty and then thrown away.

NOTIFICATIONS:

D/R S/M G. McCorry
Medical Unit
Brigantine Taxi

GUEST INFORMATION:

Eleanor A. Tedone
150 Neptune Avenue
New Rochelle, NY 10805
TELE: 914-557-5029
SSN: 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
Guest Room #4255
Borgata Red Label #1334108

**Ambulance:** Offered and Accepted

**First Aid:** Offered and Accepted

| Reporting Party: | Supervisor: |

| | |
|---|---|
| **Incident File Full Report** | **Incident File #IN20050000813** |

| | |
|---|---|
| **Taxi Fare:** | Offered and Accepted |
| **Daily Log #:** | DL20050008990 |
| **Synopsis:** | Pamela from the Medical Unit notified Security Control of an injured guest identified as Eleanor A. Tedone in guest room 4255. Security Officer Crossman was dispatched to respond to room 4255. Guest Tedone was escorted to the Medical Unit via foot. Pabon assigned. |
| **Remarks:** | Clear. |

## PARTICIPANT DATA

| | | | |
|---|---|---|---|
| **Full Name:** | Tedone, Eleanor A. | **Company:** | |
| **Primary Role:** | Complainant | **Participant Type:** | Subject |
| **Secondary Role:** | | **Taken From Scene:** | |
| **Police Contacted:** | | **Police Contacted Result:** | |

| | |
|---|---|
| Reporting Party: | Supervisor: |

**Printed:** May 31, 2007 15:30    **Page 2 of 5**

| Incident File Full Report | Incident File #IN20050000813 |
|---|---|

## ACCIDENT FORM

| | | | |
|---|---|---|---|
| **Assigned By:** | mpabon | **Date Assigned:** | February 20, 2005 |
| **Location Of Evidence:** | Security Evidence Storage | | |
| **Lighting At Scene:** | Appropriate lighting noted | | |
| **Room:** | 4255 | | |

### Guest/Personal Observations

| | | | |
|---|---|---|---|
| **Wearing Glasses:** | No | **Type Of Shoes:** | Flip Flop |
| **Disabilities:** | None | | |
| **Description Of Injuries:** | Small cut on the left pinky. | | |
| **Inspection At Scene:** | Broken glass and ketchup on the carpet in the room 4255. | | |
| **Condition Of Guest:** | Apparently Normal | | |
| **Accident Scene Location:** | Guest Room 4255. | | |

### Investigation Details

| | | | |
|---|---|---|---|
| **Time Of Notification:** | | | |
| **Internal Notifications:** | D/R S/M G. McCorry<br>Medical Unit<br>Brigantine Taxi | | |
| **Medical Authorization:** | Yes | **Police Notified:** | No |
| **Guest Advised of Medical Facilities:** | Yes | **Ambulance Notified:** | No |
| **Police/Ambulance Details:** | | | |
| **SSN/SIN:** | 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 | **Weight:** | 145 |
| **Damage Description:** | None. | | |
| **Synopsis:** | Pamela from the Medical Unit notified Security Control of an injured guest identified as Eleanor A. Tedone in guest room 4255. Security Officer Crossman was dispatched to respond to room 4255. Guest Tedone was escorted to the Medical Unit via foot. Pabon assigned. | | |
| **Details:** | On Sunday, February 20, 2005 at approximately 1400 hours, Guest Eleanor A. Tedone notified the medical unit in reference to her accidentally cutting her finger opening a ketchup bottle. Security Control dispatched Security Officer Crossman to room 4255. Tedone was complaining of her a cut on her left pinky and a superficial cut on the palm of her right hand. Upon arrival, Crossman observed Tedone holding her left hand stating, "I was just sitting down getting ready to eat when I opened up the ketchup bottle it busted in my hand." Tedone was escorted to the Medical Unit via foot by Officer Crossman. Medical Unit representative Pamela Higbiern treated and explained to Tedone that she needed to get stitches on her left pinky. Higbiern notified Brigantine Taxi via telephone to respond to the Talent Entrance to transport Tedone to Atlantic City Medical Center. Tedone was escorted via foot to her room to change her clothes, to Borgata Collections and to the Talent Entrance. Tedone was questioning her retrieving a copy of the Security Report, a copy of the pictures from Security, but was denied and was issued Risk Management number. | | |

| Reporting Party: | Supervisor: |
|---|---|
| | |

| Reporting Party: | Supervisor: |

| Incident File Full Report | Incident File #IN20050000813 |
|---|---|

| Reporting Party: | Supervisor: |
|---|---|

# EXHIBIT "B"

Borgata  
One Borgata Way  
Atlantic City, NJ 08401

Date 2·20·05  
Security Case # IN2005000813

## CUSTOMER INJURY/ILLNESS REPORT

1. Type of Incident: Broken glass (Ketchup bottle)   Injury: cutting finger   Illness

2. Date and time of incident: 1:30   at PM   AM/PM

3. Guest Involved:

4. Tedone         Eleanor        A  
   Last name       First name     Middle

   F    2/24/51    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    914 557-5029  
   Sex  Date of Birth  Social Security No.  Home Telephone #

   150 Neptune Ave    New Rochelle    NY   10805  
   Home Street address   City   State   Zip Code

   Player # _____    Host's Name _____

5. **CUSTOMER'S STATUS:**

   Was Customer staying at the Borgata?   Yes   No

   If "yes": Room No. 4255   Date of Arrival 2/18/05

   If "No: Where was Customer staying? _____

   Was Customer attending a convention or seminar?   Yes   (No)

   If "Yes" which one? _____ and where? _____

6. CUSTOMER'S DESCRIPTION OF **HOW** INCIDENT OCCURRED: In House Dining. Went to open ketchup bottle and it broke into many pieces, really cutting one deeply on right hand middle finger & left pinky

7. CUSTOMER'S DESCRIPTION OF **WHERE** INCIDENT OCCURRED:  
   Suite 4255

8. CUSTOMER'S DESRIPTION OF HIS/HER **INJURIES/ILLNESS:**

1

Borgata  
One Borgata Way  
Atlantic City, NJ 08401

Date 2-20-05  
Security Case # 1-2005000813

## CUSTOMER INJURY/ILLNESS REPORT

**9. MEDICAL TREATMENT:**

Did Customer request medical treatment?    (yes)    no

If "No" have guest sign here: _____

Was Customer sent for other medical treatment? _yes - need stitches on left pinky_

Date of Treatment _____    Treating Doctor or Medical facility _____

10. Did Customer claim to have suffered any property damage/ loss as a result of this incident? ____ yes  ✓ no

If "yes", describe damage/ loss in full: _____

11. Customer's Signature _Eleanor Idone_   Date: 2/20/05

I have read the above and affirm to the truth and accuracy of the facts contained herein.

12. Customer's Signature _____    Date: _____

I have read the above and I refuse to sign because _____

13. Name of Person Taking Report        Signature        Employee #

2