UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
Eleanor Tedone

                       Plaintiff,

                                                                 07 CIVIL 4111(WP4)(MDF)

      -against-

H.J. Heinz Company, Et Al.,

                       Defendant.
------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: Hugh G Jasne

☒ *Attorney*

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: HGJ-5041

    ☐ I am a Pro Hac Vice attorney
    ☐ I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*

    From: _____
    To: _____
    ☐ I will continue to be counsel of record on the above-entitled case at my new firm/agency.
    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☐ *Address:* 525 North Broadway Suite 222, White Plains, NY 10603
☐ *Telephone Number:* (914) 997-1212
☒ *Fax Number:* (914) 682-8692
☒ *E-Mail Address:* HGJ@Jasne-Florio.com

Dated: 8/21/07                    *[signature: Hugh G. Jasne]*