UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELEANOR TEDONE<br><br>                              Plaintiff,<br><br>     -against-<br><br>H.J. HEINZ COMPANY, OWENS-ILLINOIS,<br>INC. d/b/a OWENS-BROCKWAY GLASS<br>CONTAINERS and MGM MIRAGE  INC. d/b/a<br>BORGATA HOTEL CASINO SPA,<br><br>                              Defendants. | **7:07-cv-04111 (KMK) (MDF)**<br><br><br>**REVISED CIVIL CASE<br>MANAGEMENT PLAN** |

## REVISED CIVIL CASE MANAGEMENT PLAN

1.      This case is to be tried to a jury.

2.      Initial disclosure pursuant to Fed.R.Civ.P.26(a)(1) have been exchanged or

shall be exchanged by **August 1, 2007**, which is within 30 days after service on the last

defendant to be served between Plaintiff and all parties.  Plaintiff is awaiting copies from

defendants Heinz and Owens Glass.

3.      No additional parties may be joined after **Tuesday April 1, 2008**.

4.      No pleading may be amended after **Tuesday April 28th, 2008**.

5.      All discovery, *including expert discovery*, must be completed on or before

**Wednesday June 30th 2008**.  (For personal injury, civil rights, employment

discrimination, or medical malpractice cases only):  Plaintiff's deposition shall be taken

first, and shall be completed by **Wednesday January 30, 2008**. (In other types of cases

1

the depositions will proceed in whatever order they are noticed and there is no

requirement for plaintiff's deposition to take place first).  PLEASE NOTE: the phrase "all

discovery , including expert discovery" means that the parties must select and disclose

their experts' identities and opinions, as required by Fed.R.CIv.P. 26(a)(2)(B), *well*

*before* the expiration of the discovery period.  Expert disclosure conforming with Rule

26 of all information, excluding expert reports, must be made no later than **Wednesday**

**April 30th, 2008**, and will be made simultaneously, **however each side shall have an**

**opportunity to notice  a rebuttal expert up to Friday May 30th, 2008**.  Disclosures of

the initial expert reports must be made no later than **Friday May 30th, 2008**.  Expert

depositions must completed by **Monday June 30th, 2008.**  Supplemental expert reports,

if any, must be exchanged no later than **Monday July 14th, 2008**.

6.      The following discovery is necessary in order for the parties to be able to

consider settlement prior to the completion of all discovery: Medical records,

Incident/Accident Reports, Defense Fact Witnesses, and it will be completed no later than

**Wednesday April 30th, 2008**, after which the parties may request a settlement

conference.

7.      Any *in limine* motions, as well as proposed *voir dire* questions and

proposed jury instructions, shall be served and field no later than 60 days after the close

of discovery.  No pretrial order will be required unless specifically ordered by the court.

8.      No motion for summary judgment may be served after the date the pre-

trial submissions are due. *The filing of a motion for summary judgment does not relieve*

*the parties of the obligation to file the pre-trial submissions on the assigned date in the*

*absence of an Order providing relief.*  Any opposition to a summary judgment motion

shall be served and field no later than 60 days after service of the motion: reply papers, if any, shall be served and field no later than 10 days after service of the opposition.  Page limits for such motions are governed by the designated Magistrate Judge's individual practices.

9.    Discovery disputes will be resolved under the White Plains magistrate Judges' standard Discovery Order.  The existence of a discovery dispute will not result in any extension of the discovery deadline or trial-ready date.

10.    This scheduling order may be altered or amended only on a showing of good cause not foreseeable at the time this order is entered.  Counsel should not assume that extensions will be granted as a matter of routine.

11.    Counsel must confer about the prospect of consenting to the jurisdiction of the designated Magistrate Judge for all purposes, including trial, pursuant to 28 U.S.C. §636(c).  If the parties consent, then all proceedings, including trial, will take place before the designated Magistrate Judge.  Consent forms for this purpose are available on the Court's website, and consent may occur at any time during the proceedings.

Dated: White Plains, New York
       March 24th, 2008

                        SO ORDERED


                        _____
                        THE HON. MARK D. FOX
                        U.S. MAGISTRATE JUDGE