Hugh G. Jasne, Esq. (HGJ-5041)
*Attorney for Plaintiff(s)*
JASNE & FLORIO, L.L.P.
525 North Broadway, Suite 222
White Plains, NY 10603
(914) 997-1212


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
ELEANOR TEDONE,
                                                   :
        Plaintiff(s),
                                                   : 07 Civ. 4111 (WP4) (MDF)
   -against-
                                                   :

H.J. HEINZ COMPANY, ET Al.,
                                                   :
       Defendant(s).
------------------------------------------------------------x

## PLAINTIFF'S EXPERT WITNESS DISCLOSURE

SIRS:

        PLEASE TAKE NOTICE, that plaintiff, by her attorneys, Jasne & Florio LLP, and pursuant to the Federal Rules of Civil Procedure hereby sets forth the following Expert Witness disclosure:

1.     Plaintiff intends to call Steve Lerman of SIL Consulting, Inc. as an expert witness.

2.     Expert witness is located at 3 Allen Gate, Plainview, NY 11803-6112 Telephone # (516) 433-3412.

3.     Attached hereto is expert witness *curriculum vitae*.

4.     Attached hereto is a document containing expert witness opinion.

5.     Expert witness may introduce the following exhibits at trial:

   a. The bottle in question.

   b. Photographs from inspection of the bottle.

   c. The expert witness report.

   d. An intact bottle of the same type as the bottle in question.

6. Publications by the expert witness is contained within the attached *curriculum vitae*.

7. Expert witness has testified in the following cases in the past 4 years:

   a. Brown v. S.N.E, Holding Corp., Bronx County N.Y. Index# 17080/94

8. Expert witness rate of compensation is $230.00 per/hr for research and $290.00 per/hr for appearances and is not contingent nor related to the case outcome.

Dated: White Plains, New York
April 14, 2008

*[signature]*
Hugh G. Jasne, Esq. (HGJ-5041)
*Attorney for Plaintiff(s)*
JASNE & FLORIO, L.L.P.
525 North Broadway, Suite 222
White Plains, NY 10603
(914) 997-1212

To: CAMACHO MAURO MULHOLLAND, LLP
Attorneys for Co-Defendant
MGM MIRAGE, INC., d/b/a BORGATA HOTEL CASINO SPA
350 Fifth Avenue - Suite 5101
New York, New York 10118
(212) 947-499

BONNER KIERNAN TRESBACH & CROCIATA, LLP
Attorneys for Co-Defendant
HJ. Heinz Company
Empire State Building - Suite 3304
New York, New York 10118
(212) 268-7535

GOLDBERG SEGALLA LLP.
Attorneys for Co-Defendant
Owens-Illinois, Inc.
170 Hamilton Avenue, Suite 203
White Plains, New York 10601
(914) 798-5400

**S I L  CONSULTING, INC.**
Steve Lerman
3 Allan Gate
Plainview, NY  11803-6112
Phone (516) 433-3412
SILCONSULTING@VERIZON.NET

## PRIVILEGED AND CONFIDENTIAL

| | |
|---|---|
| **DATE:** | April 11, 2008 |
| **TO:** | Hugh Jasne, Attorney for Plaintiff |
| **CASE:** | Tedone vs. Heinz |
| **RE:** | Broken Catsup Bottle |
| **PURPOSE:** | To Explain Various Technical Issues as they Relate to this Case |

### BACKGROUND

The Plaintiff alleges that she sustained serious and severe lacerations to the hand as a result of a Heinz Catsup bottle shattering in her hand as she was trying to open it.

Mr. Hugh Jasne retained SIL Consulting, Inc., to assist in explaining and clarifying various technical issues regarding this case, specifically to determine the reason the bottle shattered as alleged.

### REVIEW OF FACTS

Mr. Steve Lerman of SIL reviewed various records and information including photographs pertaining to the case, supplied by Mr. Jasne.  He also examined the fragments of the bottle in question, as well as an unbroken bottle of the same type, which took place in the office of the Defendant's attorney on December 21, 2007

### TECHNICAL DISCUSSION

The following technical points will assist in understanding the issues in this case:

- When glass breaks, the resulting fragments often indicate information about the break, e.g., massive impact, local impact, stress breakage, micro-cracking.

**S I L  CONSULTING, INC.**

**S I L CONSULTING, INC.**
Steve Lerman
3 Allan Gate
Plainview, NY  11803-6112
Phone (516) 433-3412
SILCONSULTING@VERIZON.NET

- When glass is chipped or cracked, it will lead to breakage similar to that of impact breakage; the cracking pattern will trace back to the chip/break.

- When glass breaks on impact, it forms a large number of fragments. These fragments are irregular and jagged in shape, and will exhibit irregular ridges on either side of the edge, which may indicate the direction of breakage.

- Stress breakage occurs when the glass was not properly annealed, causing the glass to be under stress along the stress area (not unlike a fault in the earth leading up to an earthquake).

- This type of breakage has three (3) distinct features:

  o Very smooth breakage along the stress area.

  o Smooth, non-irregular, fragments.

  o Little or no fragmentation in the stressed area. Other areas of the artifact may fragment to a greater degree.

- Stress breakage can be initiated with much smaller force than would normally be required to break the glass.

- Glass as thick as the catsup bottle in question (2.5 mm) can withstand a force of 2,000 lb (1 ton).

### FINDINGS IN THIS CASE

Based on the facts of the case as presented to SIL, we offer the following comments and observations:

- The bottle in question was a small, personal size, catsup bottle, 76 mm tall, 29 mm wide at the top, and 44 mm wide at the base.

- The upper and lower portions of the broken bottle were intact. The cap was still on the upper portion.

- The upper and lower fragments exhibited properties as described above for stress breakage.

**S I L CONSULTING, INC.**
Steve Lerman
3 Allan Gate
Plainview, NY  11803-6112
Phone (516) 433-3412
SILCONSULTING@VERIZON.NET



- The Plaintiff applied axial torque to the bottle, which is how torque is applied to remove a bottle cap.  Enormous torque would have had to have been applied to break a properly manufactured bottle with no defects.  The small size of the bottle furthers the difficulty of applying any force of significant magnitude.

- The cap was still on the bottle, indicating that there wasn't even enough force applied to remove the cap.

- The fracture most likely initiated at the neck of the bottle, since a) stress is usually circumferential, b) there is a higher amount of fragmentation in the middle of the bottle, and c) the bottom fragment is too narrow to have been gripped by the Plaintiff.

## CONCLUSIONS

Based on the facts reviewed in this case and our technical knowledge of refractory material science, SIL concludes the following:

- The catsup bottle in question broke because of stress in the area of breakage around the upper portion of the bottle.

- This stress was induced by improper manufacturing, either improper annealing or an equivalent improper practice that either caused the stress, or, more likely, did not relieve the stress.

## CLOSING

This completes our initial review and discussion of the technical facts of this case.  Please advise us if you have any questions of if you need any additional information.

*Steve Lerman*

Steven I. Lerman, M.S., Consulting Chemist
SIL Consulting, Inc.

**S I L  CONSULTING, INC.**
Steve Lerman
3 Allan Gate
Plainview, NY  11803-6112
Phone/Fax (516) 433-3412
SILCONSULTING@VERIZON.NET



## TECHNICAL AND MANAGEMENT CONSULTING

Over 35 years experience in all phases of Quality Management, Industrial Operations, Laboratory Testing and Analysis, and Environmental Health and Safety.

- Laboratory Assessments
- IH Programs
- Automation & LIMS
- QA/QC Programs
- Conformity Assessment
- Quality Management Systems

- Instrumentation
- Environmental Review
- Materials Testing
- Health & Safety
- Expert Testimony
- Process Chemistry

## PROFESSIONAL ACTIVITIES AND AWARDS

- Quality Systems Auditor under ISO 9000 and ISO/IEC 17025 (RAB #Q02199)

- NIST-NVLAP, A2LA, AIHA, IAS, and API Laboratory Assessor for Laboratory Accreditation Programs

- Past Chairman, ASTM Subcommittee D19.11, Industrial Water

- Fellow, American Institute of Chemists

- Technical Consultant to US Dep't of Commerce, NIST-NVLAP

- Technical Consultant to the Electric Power Research Institute (EPRI)

- Who's Who in the East, 1979

- ASTM Outstanding Service Award, 1988

- ACS Congressional Science Counselor and Short-Course Reviewer

- HUD/OSHA Lead Inspector

- Instructor, Analytical Chemistry and Instrumentation Seminar sponsored by Tall Oaks Publishing

- New York City/State Approved Industrial Hygienist

- Director, NIOSH 582-Equivalent Course given by Senagryph Training Center

## EDUCATION

- M.S., Chemistry, 1972, Adelphi University

- B.A., Chemistry, 1965, Queens College, CUNY

**S I L Consulting, Inc.**
Steve Lerman
3 Allan Gate
Plainview, NY 11803-6112
Phone/Fax (516) 433-3412
SILCONSULTING@VERIZON.NET



# TECHNICAL PUBLICATIONS AND PRESENTATIONS

COMPUTERIZED CALCULATIONS OF EMISSION SPECTROGRAPHIC ANALYSIS RESULTS

    Delivered at the 2nd Annual FACSS Convention, 1975

CONTINUOUS MONITORING OF POWER PLANT PROCESS WATER

    Delivered At the 39th Annual Meeting of the International Water Conference, 1978

ANALYSIS OF PROCESS WATER BY ION CHROMATOGRAPHY

    Delivered at the 40th Annual Meeting of the International Water Conference, 1979

DETERMINATION OF PCBs IN TRANSFORMER OIL

    Delivered at the 32nd Annual Meeting of the Pittsburgh Conference, 1981

    Published in American Laboratory, February, 1982

ION CHROMATOGRAPHY USING NON-ISOCRATIC ELUTION

    Delivered at the 33rd Annual Meeting of the Pittsburgh Conference, 1982

PERSPECTIVES IN ION CHROMATOGRAPHY

    Delivered at the Annual Meeting of the North Jersey Chromatography Discussion Group, 1982 (invited speaker)

STANDARDS FOR INDUSTRIAL WATER

    Published in Standardization News, October, 1983

STATISTICS IN THE LABORATORY

    Delivered at the 35th Annual Meeting of the Pittsburgh Conference, 1984

ASTM POWER PLANT MANUAL

    Delivered at the 46th Annual Meeting of the International Water Conference, 1985

THE CHEMISTRY OF HIGH PURITY WATER

    Published in UltraPure Water, October, 1988

**S I L CONSULTING, INC.**
Steve Lerman
3 Allan Gate
Plainview, NY 11803-6112
Phone/Fax (516) 433-3412
SILCONSULTING@VERIZON.NET



# TECHNICAL PUBLICATIONS AND PRESENTATIONS

### PERSPECTIVES ON MONITORING FOR TOTAL AND COLLOIDAL SILICA

Delivered at the Second EPRI Conference on Cycle Chemistry in Fossil Plants, 1988

Published in UltraPure Water, December, 1988

### IMPACT AND PAYBACK OF A QA/QC PROGRAM FOR STEAM-WATER CHEMISTRY

Delivered at the EPRI Conference on Measuring Waterborne Trace Substances, 1990

Published in UltraPure Water, November, 1990

### MANAGING GC/MS QC DATA

Delivered at the 43rd Annual Meeting of the Pittsburgh Conference, 1992

### ALTERNATIVE AND NON-TRADITIONAL TECHNIQUES FOR ANALYSIS OF AIR AND BULK SAMPLES

Delivered at the EPRI/NAC Conference on Asbestos Control and Replacement for Electric Utilities, April, 1992

### HIGH PURITY AND PROCESS WATER

Published in Standardization News, April, 1992

### ENVIRONMENTAL QC DATA MANAGEMENT

Delivered at the 44th Annual Meeting of the Pittsburgh Conference, 1993

### STATISTICAL QUALITY CONTROL TECHNIQUES FOR DUPLICATE QC DATA

Published in The Synergist, October, 1997

### ASTM Standards for High Purity Water

Delivered at UltraPure Water EXPO 2000, April, 2000