UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ELANOR TEDONE,

                  Plaintiff,                7:07-cv-04111 (KMK) (MDF)

      -against-

H.J. HEINZ COMPANY, OWENS-ILLINOIS,
INC. d/b/a OWENS-BROCKWAY GLASS
CONTAINERS and MGM MIRAGE  INC.
d/b/a BORGATA HOTEL CASINO SPA,

                  Defendants.

-------------------------------------------------------X

## DEFENDANT OWENS-ILLINOIS, INC.'s
## EXPERT DISCLOSURE

(1)     The defendant **OWENS-ILLINOIS, INC., d/b/a OWENS-BROCKWAY GLASS**

**CONTAINERS,** by and through its counsel, **GOLDBERG SEGALLA LLP**, and pursuant to

Fed.R.Civ.P. 26(a)(2), hereby discloses its intention to call the following individual to present

expert testimony at trial:

**WILLIAM M. KILPATRICK**
**Owens-Brockway Glass Container Inc.**
**One SeaGate, 25-LDP**
**Toledo, OH 43666**

(2)     Pursuant to Fed.R.Civ.P. 26(a)(2)(b), a copy of a report authored by Mr. Kilpatrick is

attached hereto as **Exhibit A**.

(3)     Pursuant to Fed.R.Civ.P. 26(a)(2)(b), a copy of Mr. Kilpatrick's Curriculum Vitae is

attached hereto as **Exhibit B**.

(4)     Pursuant to Fed.R.Civ.P. 26(a)(2)(b), please be advised that Mr. Kilpatrick is an

employee of the disclosing defendant herein, and therefore has not been formally retained as an

expert and is not being compensated specifically for providing expert services or opinions in this case.

(5)    Pursuant to Fed.R.Civ.P. 26(a)(2)(b), please be advised that Mr. Kilpatrick does not maintain a list of the individual matters in which he has provided expert opinions. Please be further advised that Mr. Kilpatrick has never provided expert testimony at trial. Please be further advised that Mr. Kilpatrick has provided expert testimony by deposition on approximately ten (10) to fifteen (15) occasions.

(6)    The disclosing defendant reserves the right to supplement this disclosure at any time, up to and including the time of trial.

Dated: White Plains, New York
        May 8th, 2008

                                GOLDBERG SEGALLA, LLP

                        By: _____
                                BRIAN T. STAPLETON (BTS-5640)
                                Attorney for Third-Party Defendant
                                *OWENS-ILLINOIS, INC., d/b/a OWENS*
                                *BROACKWAY GLASS CONTAINERS*
                                170 Hamilton Avenue, Suite 203
                                White Plains, New York 10601
                                (914) 798-5400
                                GS File No.: 12097.0006

TO:   JASNE & FLORIO, LLP
525 North Broadway, Suite 222
White Plains, New York 10603
(914) 997-1212
*Attorneys for the Plaintiff*

CAMACHO MAURO MULHOLLAND, LLP
350 Fifth Avenue, Suite 5101
New York, New York 10118
(212) 947-4999
*Attorneys for Co-Defendant*
*MGM MIRAGE, INC., d/b/a BORGATA HOTEL CASINO SPA*

BONNER KIERNAN TREBACH & CROCIATA, LLP
Empire State Building, Suite 3304
New York, New York 10118
(212) 268-7535
*Attorneys for co-defendant*
*H.J. HEINZ CORPORATION*

110548.1

GOLDBERG SEGALLA, LLP
170 Hamilton Ave., Ste. 203
White Plains, NY 10601

Tedone v. H.J. Heinz Company, Et Al.
Case No.:        07 CIV 411
GS FILE No.:    12097.0006

## **CERTIFICATE OF MAILING**

I hereby certify that on May 8th, 2008, a copy of the foregoing Rule 26.1 Disclosure was filed electronically and served by mail upon anyone unable to accept electronic filing. Notice of this filing was will be sent by e-mail to the below parties by operation of the Court's electronic filing system or by mail to the below parties if they are unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

JASNE & FLORIO, LLP
525 North Broadway, Suite 222
White Plains, New York 10603
(914) 997-1212
*Attorneys for the Plaintiff*

CAMACHO MAURO MULHOLLAND, LLP
350 Fifth Avenue, Suite 5101
New York, New York 10118
(212) 947-4999
*Attorneys for Co-Defendant*
*MGM MIRAGE, INC., d/b/a BORGATA HOTEL CASINO SPA*

BONNER KIERNAN TREBACH & CROCIATA, LLP
Empire State Building, Suite 3304
New York, New York 10118
(212) 268-7535
*Attorneys for co-defendant*
*H.J. HEINZ CORPORATION*

_____
BRIAN T. STAPLETON, ESQ.

110548.1

GOLDBERG SEGALLA, LLP
170 Hamilton Ave., Ste. 203
White Plains, NY 10601