# EXHIBIT "B"

# CURRICULUM VITAE

William M. Kilpatrick
Owens-Brockway Glass Container Inc.
One SeaGate, 25-LDP
Toledo, OH 43666

## Education

B. S. in Ceramic Engineering, 1976, from Alfred University, Alfred, NY
American Glass Research School on Technology of Glass Containers, 1977, 1978
Employment 6/76 Brockway Glass Company & Owens-Brockway Glass Container Inc. for 31 years in various engineering positions
Currently Manager, Product Safety, Assurance of Quality Group for Owens-Brockway Glass Container Inc.

## Membership in Technical Societies

American Society for Testing and Materials
(Committee C- 14 on Glass and Glass Products)

## Lectures before Learned Bodies

1981 42nd Annual Conference on Glass Problems University of Illinois at Urban Champaign IL
1988 American Ceramic Society Convention Cincinnati OH
Owens Illinois International Technical Symposiums 1992 - 1999

## Published Articles

"The Determination of Refractory Contaminants in Container Glass Raw Materials" Glass Industry 1982
"Aluminum Metal Contamination in Container Glass Cullet" Journal of the Canadian Ceramic Society 1985
'How Aluminum Metal Contamination Affects Container Production"
Glass Industry June 1986

## Membership in Technical Societies

American Society for Testing and Materials
Committee C 14 on Glass and Glass Products

## Primary Author Owen-Illinois Training Manuals

Insitu Stone Identification Manual
Inside Surface Inclusion Identification and Prevention Manual