Hugh G. Jasne, Esq. (HGJ-5041)
*Attorney for Plaintiff(s)*
JASNE & FLORIO, L.L.P.
30 Glenn Street, Suite 103
White Plains, NY 10603
(914) 997-1212

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
ELEANOR TEDONE,
                                              :
                    Plaintiff(s),
                                              :    07 Civ. 4111 (WP4) (MDF)
        -against-
                                              :
H.J. HEINZ COMPANY, ET AL.,
                                              :
                    Defendant(s).
------------------------------------------------------------x

**NOTICE OF OBJECTION & REJECTION BY PLAINTIFF
OF DEPOSITION NOTICE DATED JUNE 18, 2008
BY DEFENDANT OWENS-ILLINOIS FOR AN
ADDITIONAL DEPOSITION OF PLAINTIFF'S EXPERT**

COUNSEL:

**PLEASE TAKE NOTICE** that the Demand for a second deposition of Plaintiff's expert, Steven Lerman in the above action is rejected, subject to a formal motion for a Protective Order in accord with Federal Rule of Civil Procedure 26(b)(2)(C)(I) and subject to the Order of the Honorable Magistrate Fox of the USDC Southern District, in accord with:

1.   The requested deposition is outside the deadline of the Revised Case Management Plan as So Ordered by Magistrate Fox (hereinafter "ORDER"), which clearly states under paragraph 5 expert depositions shall be completed by June 16, 2008 and the ORDER may not be

Page -1-

amended absent further Court Order at paragraph 10; and:

2. In accord with Federal Rule of Civil Procedure 26(b)(2)(C)(I) as the means as requested is unreasonably cumulative, duplicative, and can be obtained from another source that is more convenient, less burdensome, or less expensive and will cause the Plaintiff undue delay.

Please Take Further Notice that should the Court grant the Defendants requested deposition Plaintiff hereby demands Defendant pay all costs associated therewith in accord with Fed. R. Civ. Procedure 26(b)(4)(C).

This Notice shall serve as a good faith attempt to partially frame the relevant legal issues in accord with Rule 26(c)(1) so that such may be discussed at the upcoming telephone conference June 27 at 8:45 am.

Dated: White Plains, New York
June 24, 2008

_____
Hugh G. Jasne, Esq. (HGJ-5041)
*Attorney for Plaintiff(s)*
JASNE & FLORIO, L.L.P.
30 Glenn Street, Suite 103
White Plains, NY 10603
(914) 997-1212

TO: CAMACHO MAURO MULHOLLAND, LLP
Attorneys for Defendant MGM MIRAGE, INC., d/b/a BORGATA HOTEL CASINO SPA
350 Fifth Avenue – Suite 5101
New York, New York 10118
(212) 947-499

Page -2-

BONNER KIERNAN TREBACH & CROCIATA, LLP
Attorneys for Defendant H.J. Heinz Company
Empire State Building - Suite 3304
New York, New York 10118
(212) 268-7535

GOLDBERG SEGALLA LLP.
Attorneys for Defendant Owens
170 Hamilton Avenue, Suite 203
White Plains, New York 10601
(914) 798-5400

Page -3-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ELEANOR TEDONE,
                                    :
                    Plaintiff(s),
                                    :       07 Civ. 4111 (WP4) (MDF)
        -against-
                                    :
H.J. HEINZ COMPANY, ET AL.,
                                    :
                    Defendant(s).
-----------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    }
                     } ss.:
COUNTY OF WESTCHESTER }

Brian Wasserman, being duly sworn deposes and says:

a) That deponent is not a party to this action, is over 18 years of age and resides within the State of New York.

b) That on June 24, 2008 deponent served the within: NOTICE OF OBJECTION AND REJECTION BY PLAINTIFF OF DEPOSITION NOTICE DATED JUNE 18TH, 2008 BY DEFENDANT OWENS-ILLINOIS FOR AN ADDITIONAL DEPOSITION OF PLAINTIFF'S EXPERT on :

| Camacho Mauro Mulholland, LLP | Goldberg Segalla, LLP | Bonner Kiernan Trebach & Crociata, LLP |
| Empire State Building | Brian T. Stapleton, Esq. | 350 Fifth Avenue - Suite 3304 |
| 350 Fifth Avenue - Suite 5101 | 170 Hamilton Ave - Suite 203 | New York, NY 10118 |
| New York, NY 10118 | White Plains, New York 10601 | |

the address designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the FEDERAL EXPRESS within New York State.

_____
Brian Wasserman

Sworn to before me on this
24th day of June, 2008.

_____
NOTARY PUBLIC



GAIL S. ALTSHER
Notary Public, State of New York
No. 01-AL4918374
Qualified in Westchester County
Commission Expires April 4, 2010