UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
ELANOR TEDONE,

                                          7: 07 Civil 4111 (JSG)

          Plaintiff,

                                      ORDER OF DISCONTINUANCE
   -against-                             WITHOUT PREJUDICE
H.J. HEINZ, CO., et al.,

          Defendants.
---------------------------------X

     This cause having duly come on to be heard before me and the attorneys for all parties having appeared and advised the court that all claims asserted herein have been settled,

     IT IS HEREBY ORDERED that the above entitled action be and hereby is discontinued without costs to either party.

                                        SO ORDERED.

                                      _____
                                      James S. Gwin, U.S.D.J.

Dated: White Plains, New York
_____

I hereby consent to the entry of this proposed order:

_____                _____
Attorney for Plaintiff                              Attorney for Defendants *Heinz*
     GALLAGHER GOSSEEN
     for DEFT BORGATA
_____                _____
Attorney for Defendants                            Attorney for Defendants *Owens-Brockway GC*
ROBERT FALLER

_____                _____
Attorney for Defendants                            Attorney for Defendants

_____
Attorney for Defendants

Please Note: Consent should be signed by the responsible attorney for each side and not by firm name only.